IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TEJMANTRILYE ELLIS, JOHNNIE WILLIAMS, & SAMUEL HACKETT,  Plaintiffs, v. MARK BASS,  Defendant. | ) ) ) ) ) ) ) ) CIV. ACT. NO. 1:22-cv-188-TFM-N ) ) ) ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 11th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE